Bryce K. Kunimoto, Esq.
Nevada Bar No.: 7781
Robert J. Cassity, Esq.
Nevada Bar No.: 9779
HOLLAND & HART, LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
(702) 669-4600
(702) 669-4650 Facsimile
bkunimoto@hollandhart.com
bcassity@hollandhart.com

*Attorneys for Plaintiff,*
*Metropolitan Life Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JENNIFER MEYER, JERRY VAN INWEGEN A/K/A JERRY SANDERSON A/KA/ JERRY SANDERS, MICHAEL VAN INWEGEN, AND NICOLE VAN INWEGEN<br><br>　　　　　Defendants. | Case No.:2:10-cv-01959-GMN-RJJ |

### ORDER REGARDING INTERPLEADER OF FUNDS, AWARDING ATTORNEYS' FEES AND COSTS, AND FOR DISCHARGE AND DISMISSAL OF PLAINTIFF

This interpleader action came before the Court on February 7, 2011 at 11:30 a.m. upon the Motion by the Plaintiff for a Scheduling Conference. Having considered the status of the proceedings, the representations of the parties, the appearing Defendants' stipulation to an award of attorneys' fees and costs to Plaintiff, and good cause appearing:

IT IS HEREBY ORDERED that MetLife shall pay into the Registry of the Court account the sum of $25,000 representing the life insurance benefit payable as a consequence of the death of Debra Van Inwegen, plus any applicable interest.

IT IS FURTHER ORDERED that MetLife shall be awarded $1,578.50 in attorneys' fees and $1,183.38 in costs, for a total of $2,761.88 from the deposited funds. Such payment shall be made payable to: Metropolitan Life Insurance Company, c/o Robert J. Cassity, Holland & Hart LLP, 3800 Howard Hughes Parkway, 10th Floor, Las Vegas, Nevada 89169.

IT IS FURTHER ORDERED that MetLife is dismissed with prejudice from this action, the defendants are enjoined and restrained from instituting any action or proceeding in any state or United States court against MetLife or AFA Veteran Benefits Association for the life insurance benefits, plus any applicable interest, payable as a consequence of the death of Debra Van Inwegen, and MetLife is discharged from any further liability to Defendants, upon payment of the life insurance benefits, plus any applicable interest, into the Registry of this Court.

**IT IS SO ORDERED** this 16th day of February, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

_____
Bryce K. Kunimoto, Esq.
Robert J. Cassity, Esq.
HOLLAND & HART, LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169

*Attorneys for Plaintiff,*
*Metropolitan Life Insurance Company*