UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) 2:10-cv-1959-GMN-RJJ |
| vs. | ) ) |
| JENNIFER MEYER, *et al.*, | ) ) O R D E R |
| Defendant, | ) ) |

The Court having reviewed this matter and good cause appearing therefore,

IT IS HEREBY ORDERED that a status conference is scheduled in this case for March 25, 2011, at 1:30 PM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada.

IT IS FURTHER ORDERED that all individual defendants, Jennifer Meyer, Jerry Van Inwegen, Michael Van Inwegen and Nicole Van Inwegen, must be present in court for this hearing. There are no exceptions to this attendance requirement. Defendants are advised that failure to appear for this status hearing may result in an order to show cause being issued by the court.

DATED this   7th   day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge