# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

METROPOLITAN LIFE INSURANCE
COMPANY, )

                   Plaintiff,

   vs.

JENNIFER MEYER, JERRY VAN
INWEGEN a/k/a JERRY SANDERSON aka
JERRY SANDERS, MICHAEL VAN
INWEGEN, AND NICOLE VAN INWEGEN,

                  Defendants.

Case No.: 2:10-cv-01959-GMN-RJJ

**ORDER ACCEPTING REPORT AND
RECOMMENDATION OF UNITED
STATES MAGISTRATE JUDGE**

Before the Court for consideration is the Report and Recommendation (ECF No. 29) of the Honorable Robert J. Johnston, United States Magistrate Judge, entered December 30, 2011. No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Johnston's Recommendations should be **ACCEPTED**.

    **IT IS THEREFORE ORDERED** that Magistrate Judge Johnston's Recommendations are hereby **ACCEPTED**, and that the proceeds of the insurance policy in the total amount of TWENTY-FIVE THOUSAND ($25,000.00) DOLLARS ("Life Insurance Benefits"), plus interest, currently held in the Registry of the Court shall be distributed in accordance with the Beneficiary Designation as follows:

    1.  Michael Van Inwegen for thirty-four (34%) percent of the Life Insurance Benefits;

    2.  Jennifer Meyer for thirty-three (33%) percent of the Life Insurance Benefits; and

/ / /

3.  Nicole Van Inwegen for thirty-three (33%) percent of the Life Insurance Benefits.

DATED this 18th day of January, 2012.

_____

Gloria M. Navarro
United States District Judge